UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WALTER C. DUMAS AND
DUMAS & ASSOCIATES LAW
CORPORATION

VERSUS

CORE FUNDING GROUP, L.P.

CIVIL ACTION

NO. 08-730-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated December 8, 2008 (doc. no. 19) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.   Accordingly the Motion to Remand (doc. no. 2) filed by plaintiffs, Walter C. Dumas and Dumas & Associates Law Corporation, is GRANTED and this matter is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for further proceedings.  Further, plaintiff are awarded $437.50 in fees associated with the preparation and filing of their motion for remand.

Baton Rouge, Louisiana, this 4th day of February, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE